IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| THOMAS B. IVEY, | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | CASE NO. 08-11515-SDB |
| | ) | |

## TRUSTEE'S REPORT OF SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS

COMES NOW the Chapter 7 Trustee and files this report of the sale of property showing as follows:

1.

The Debtor filed this case under Chapter 7 of the Bankruptcy Code on July 30, 2008. The undersigned was appointed Chapter 7 Trustee on May 28, 2013 (Docket No. 70).

2.

The Trustee became aware of the Debtor's ownership interests in real property arising out of the probate estates of his father and mother, Richard Stanley Jr. and Ann Stanley. None of the real property or the Debtor's right to inherit any real property was initially listed in the Debtor's Schedule "A". The Trustee filed Adversary Proceeding No. 15-01021-SDB against Richard Stanley, III and Susan Deal, the Debtor's siblings, seeking authority to sell multiple tracts of real property in which the Debtor had an ownership interest, either as sole owner or jointly with the Defendants.

3.

The Trustee retained the services of Louie Curry of Curry Real Estate to evaluate the properties in which the Debtor held a full or partial ownership interest. The employment of Mr.

Curry was approved by the Court by Order dated May 13, 2015. (Docket No. 78)

4.

The Trustee negotiated a settlement with the Co-Owners and determined that it would be in the best interest of the Chapter 7 Estate to sell the Debtor's interests in the real property to Richard Stanley, III. The Trustee obtained an Order authorizing the sale of the Debtor's interests in the real property free and clear of claims and liens. (Docket No. 104)

5.

The total purchase price of the real property was $ 110,509.50. After paying realtor commission of $11,050.95, and taxes of 3201.72 the net proceeds of $ 96,256.83 were paid to the Trustee to be deposited into the Chapter 7 Estate bank account. The Settlement Statement is attached herein as Exhibit "A".

Respectfully submitted this ____ day of November, 2015.

/s/ Todd Boudreaux
TODD BOUDREAUX
Chapter 7 Trustee
Georgia Bar No. 070023

SHEPARD, PLUNKETT,
HAMILTON & BOUDREAUX, LLP
7013 Evans Town Center Blvd., Suite 303
Evans, GA 30809
(706)869-1334

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **TRUSTEE'S REPORT OF SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS** has been served electronically, via ECF or via United States Mail upon the following:

Thomas B. Ivey
2058 Sylvan Lake Drive
Grovetown, Georgia 30813
*Via Regular Mail*

Richard N. Stanley III
P.O. Box 1999
Dublin, Georgia 31040
*Via Regular Mail*

Jim Overstreet
*Via ECF Electronic Filing*

Office of the U.S. Trustee
*Via ECF Electronic Filing*

This 25th day of November, 2015

/s/ Todd Boudreaux
TODD BOUDREAUX
Chapter 7 Trustee
Georgia Bar No. 070023

SHEPARD, PLUNKETT,
HAMILTON & BOUDREAUX, LLP
7013 Evans Town Center Blvd., Suite 303
Evans, GA 30809
(706)869-1334

## SETTLEMENT STATEMENT

| | | |
|---|---|---|
| DATE | : | November 5, 2015 |
| SELLER | : | Todd Boudreaux as Chapter 7 Trustee for Thomas B. Ivey |
| PURCHASER | : | Richard N. Stanley III |
| PROPERTY | : | Laurens County and Johnson County, Georgia |

1. DUE FROM PURCHASER

   Purchase Price                                                                 $110,509.50

   Subtract:

   Swamp Property and Deer Run Property
      Deposit                                                                        $500.00
      Johnson County Ad Valorem Taxes (1/1/15-11/5/15)            $504.20

   Donovan Road/Prison Property
      Deposit                                                                        $500.00
      Johnson County Ad Valorem Taxes (1/1/15-11/5/15)            $287.60

   313 S. Marcus Street
      Deposit                                                                        $500.00
      Johnson County Ad Valorem Taxes (1/1/15-11/5/15)            $438.83
      City Of Wrightsville Ad Valorem Taxes (1/1/15-11/5/15)     $141.98

   208 N. Marcus Street
      Deposit                                                                        $500.00
      Johnson County Ad Valorem Taxes (1/1/15-11/5/15)            $273.20
      City Of Wrightsville Ad Valorem Taxes (1/1/15-11/5/15)      $88.40

   Rawls Road Tract
      Deposit                                                                        $500.00
      Laurens County Ad Valorem Taxes (1/1/15-11/5/15)            $236.86

   NET AMOUNT DUE FROM PURCHASER                                      $106,038.43


EXHIBIT "A"

2. **DUE TO SELLER**

| | |
|---|---:|
| Purchase Price | $110,509.50 |

Subtract:

| | |
|---|---:|
| **Swamp Property and Deer Run Property** | |
| Curry Realtors | $3,500.00 |
| Johnson County Transfer Tax | $35.00 |
| Johnson County Ad Valorem Tax (1/1/15-11/5/15) | $504.20 |
| **Donovan Road/Prison Property** | |
| Curry Realtors | $1,000.00 |
| Johnson County Transfer Tax | $10.00 |
| Johnson County Ad Valorem Taxes (1/1/15-11/5/15) | $287.60 |
| **313 S. Marcus Street** | |
| Curry Realtors | $250.00 |
| Johnson County Transfer Tax | $2.50 |
| Johnson County Ad Valorem Taxes (1/1/15-11/5/15) | $438.83 |
| City Of Wrightsville Ad Valorem Taxes (1/1/15-11/5/15) | $141.98 |
| **208 N. Marcus Street** | |
| Curry Realtors | $500.00 |
| Johnson County Transfer Tax | $5.00 |
| City of Wrightsville Ad Valorem Taxes (2007-2013) | $839.15 |
| Johnson County Ad Valorem Taxes (1/1/15-11/5/15) | $273.20 |
| City Of Wrightsville Ad Valorem Taxes (1/1/15-11/5/15) | $88.40 |
| **Rawls Road Tract** | |
| Curry Realtors | $5,800.95 |
| Laurens County Transfer Tax | $58.10 |
| Laurens County Ad Valorem Taxes 2014 | $280.90 |
| Laurens County Ad Valorem Taxes (1/1/15-11/5/15) | $236.86 |
| **NET AMOUNT DUE TO SELLER** | **$96,256.83** |

3.  DISBURSEMENTS

| | |
|---|---:|
| Todd Boudreaux as Chapter 7 Trustee for Thomas B. Ivey | $96,256.83 |
| Johnson County Transfer Tax | $52.50 |
| Laurens County Transfer Tax | $58.10 |
| City of Wrightsville Ad Valorem Taxes (2007-2013) | $839.15 |
| Laurens County Ad Valorem Taxes 2014 | $280.90 |
| Curry Realtors | $11,050.95 |
| **TOTAL DISBURSEMENTS:** | **$108,538.43** |

This settlement statement is approved this 5th day of November, 2015.

SELLER _[signature]_                                      PURCHASER _____

Todd Boudreaux as Chapter 7 Trustee            Richard N. Stanley III
for Thomas B. Ivey