# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THOMAS B. IVEY | § | Case No. 08-11515 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/30/2008 . The undersigned trustee was appointed on 05/28/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                             $       110,790.40

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 13,413.52 |
| Bank service fees | 55.54 |
| Other payments to creditors | 839.15 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 96,482.19 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/02/2008 and the deadline for filing governmental claims was 01/26/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,789.52 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,789.52 , for a total compensation of $ 8,789.52 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/29/2015                By:/s/Todd Boudreaux, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 08-11515 | SDB | Judge: | Susan D. Barrett | Trustee Name: | Todd Boudreaux, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | THOMAS B. IVEY | | | | Date Filed (f) or Converted (c): | 07/30/2008 (f) |
| | | | | | 341(a) Meeting Date: | 08/27/2008 |
| For Period Ending: | 12/29/2015 | | | | Claims Bar Date: | 12/02/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  854 Deerwood | 350,195.00 | 108,195.00 | OA | 0.00 | FA |
| 2.  116 Cyndee Circle, Martinez, Georgia | 91,785.00 | 12,651.00 | OA | 0.00 | FA |
| 3.  North Marcus Street, Wrightsville, Georgia, Dila | 25,000.00 | 25,000.00 | | 5,000.00 | FA |
| 4.  CASH In Debtor Possession | 150.00 | 0.00 | | 0.00 | FA |
| 5.  Checking Account at Georgia Bank & Trust - Solel | 300.00 | 0.00 | | 0.00 | FA |
| 6.  5 televisions, 2 dvd players, 1 vcr, 1 loveseat, | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7.  CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 8.  2 class rings, wedding band, 1 gold necklaces, 1 | 200.00 | 0.00 | | 0.00 | FA |
| 9.  10 - Remington 1100 Automatic Shotguns - FMV $20 | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10.  .22 auto pistol - Ruger | 100.00 | 0.00 | OA | 0.00 | FA |
| 11.  (2) Smith & Wesson .38 revolver - FMV $150.00 ea | 150.00 | 0.00 | OA | 0.00 | FA |
| 12.  .380 Auto Pistol - Browning | 100.00 | 0.00 | OA | 0.00 | FA |
| 13.  .243 Rifle (Unknown Manufacturer) | 100.00 | 0.00 | OA | 0.00 | FA |
| 14.  Canon 35mm camera | 25.00 | 0.00 | | 0.00 | FA |
| 15.  Set of Golf Clubs | 100.00 | 0.00 | | 0.00 | FA |
| 16.  1 certificate share of Georgia Carolina Boat & S | 0.50 | 0.00 | | 0.00 | FA |
| 17.  1/3 interest in estate of step-father, Richard M | 0.00 | 0.00 | | 105,790.40 | FA |
| 18.  02 Pontiac Grand Am - 40000 miles - Wifes Car | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 19.  Utitility Trailer - 5 X 10 | 150.00 | 0.00 | | 0.00 | FA |
| 20.  Golf Cart - Electric - Club Car | 250.00 | 0.00 | OA | 0.00 | FA |
| 21.  2000 Kawasaki Mule - Not Running | 250.00 | 0.00 | OA | 0.00 | FA |
| 22.  1949 Mobile Home with Addition | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 23.  Pontoon Boat - Not Running - Very Poor Shape | 350.00 | 350.00 | OA | 0.00 | FA |
| 24.  1 minature doberman | 50.00 | 50.00 | OA | 0.00 | FA |
| 25.  1 boston terrier | 50.00 | 50.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $478,055.50          $148,796.00                    $110,790.40          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 08-13515-SDB Doc#:108 Filed:01/07/16 Entered:01/07/16 09:24:21 Page:4 of 10

TRUSTEE WAS ATTEMPTING TO SELL DEBTOR'S RESIDENCE, BUT THERE WAS NO EQUITY IN THE PROPERTY.  TRUSTEE IS ALSO INVESTIGATING DEBTOR'S INTEREST IN OTHER REAL ESTATE AND POSSIBLE INHERITANCE AND THE STATUS OF PROBATE.  ON 8-17-09 TRUSTEE SPOKE WITH J. OVERSTREET RE HIS LETTER TO JOHNSTON CO. STOPPING A TAX SALE - THEY MAY HAVE A BUYER FOR THE PROPERTY.  ON 9-3-09 TRUSTEE SPOKE WITH TAX COMMISSIONER WHO AGREED TO UNDO THE TAX SALE, ADVISED DEBTOR'S COUNSEL AND BO CLAXTON.  TRUSTEE CONTACTED BO CLAXTON IN MARCH 2012 REGARDING STATUS OF NEGOTIATIONS FOR SWAP OF LAND - STILL A POSSIBILITY.

Exhibit A

1/15/2015: Sale of Jointly Owned Property.

Initial Projected Date of Final Report (TFR): 12/31/2009     Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit B

| Case No: | 08-11515 | | Trustee Name: | Todd Boudreaux, Trustee |
|---|---|---|---|---|
| Case Name: | THOMAS B. IVEY | | Bank Name: | Bank of Kansas City |
| | | | Account Number/CD#: | XXXXXX0150 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1339 | | Blanket Bond (per case limit): | $6,635,000.00 |
| For Period Ending: | 12/29/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/16/15 | | Edward B Claxton III | liquidation of estate claim/asset | | $96,256.83 | | $96,256.83 |
| | | | Gross Receipts $110,509.50 | | | | |
| | | Johnson County Tax Commissioner: N. Marcus St | 1/1/15-11/5/15 Ad Valorem ($273.20) | 2820-000 | | | |
| | | City of Wrightsville: N. Marcus St | 1/1/15-11/5/15 Ad Valorem Taxes ($88.40) | 2820-000 | | | |
| | | Real Estate Commission: N. Marcus St | Real Estate Commission ($500.00) | 3510-000 | | | |
| | | Johnson County Clerk of Court: N. Marcus St. | Recording Fees ($5.00) | 2700-000 | | | |
| | | City of Wrightsville: N. Marcus St. | 2007-2013 Unpaid Taxes ($839.15) | 4700-000 | | | |
| | | Johnson County Tax Comissioner: Swamp & Deer Run | 1/1/15-11/5/15 Ad Valorem ($504.20) | 2820-000 | | | |
| | | Real Estate Commission: Swamp Property and Deer Run | Real Estate Commission ($3,500.00) | 3510-000 | | | |
| | | Johnson County Clerk of Court | Recording Fees ($35.00) | 2700-000 | | | |
| | | Johnson County Tax Comissioner: S. Marcus St | 1/1/15-11/5/15 Ad Valorem ($438.83) | 2820-000 | | | |
| | | City of Wrightsville: S. Marcus St. | 1/1/15-11/5/15 Ad Valorem Taxes ($141.98) | 2820-000 | | | |
| | | Real Estate Comission: S. Marcus St. | Real Estate Commission ($250.00) | 3510-000 | | | |
| | | Johnson County Clerk of Court: S. Marcus St. | Transfer Tax ($2.50) | 2700-000 | | | |
| | | Johnson County Tax Comissioner: Donovan Rd./Prison Property | 1/1/15-11/5/15 Ad Valorem ($287.60) | 2820-000 | | | |
| | | Real Estate Comission: Donovan Rd./Prison Property | Real Estate Commission ($1,000.00) | 3510-000 | | | |

Page Subtotals:    $96,256.83    $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                         Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 08-11515 | | | | Trustee Name: Todd Boudreaux, Trustee | | |
| Case Name: THOMAS B. IVEY | | | | Bank Name: Bank of Kansas City | | |
| | | | | Account Number/CD#: XXXXXX0150 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX1339 | | | | Blanket Bond (per case limit): $6,635,000.00 | | |
| For Period Ending: 12/29/2015 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Johnson County Clerk of Court: Donovan Rd./Prison Property | Transfer Tax ($10.00) | 2700-000 | | | |
| | | Laurens County Tax Comissioner: Rawls Rd | 1/1/15-11/5/15 Ad Valorem ($236.86) | 2820-000 | | | |
| | | Real Estate Comission: Rawls Rd | Real Estate Commission ($5,800.95) | 3510-000 | | | |
| | | Laurens County Clerk of Court | Transfer Tax ($58.10) | 2810-000 | | | |
| | | Laurens County Tax Comissioner | 2014 Unpaid Taxes ($280.90) | 2820-000 | | | |
| | 3 | | North Marcus Street, Wrightsville, Georgia, Dila $5,000.00 | 1110-000 | | | |
| | 17 | | 1/3 interest in estate of step-father, Richard M $105,509.50 | 1129-000 | | | |
| 11/16/15 | 17 | Edward B Claxton III | liquidation of estate claim/asset Additional consideration for Rawls Rd sale to Stanley | 1290-000 | $280.90 | | $96,537.73 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.54 | $96,482.19 |

| | | |
|---|---|---|
| COLUMN TOTALS | $96,537.73 | $55.54 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $96,537.73 | $55.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $96,537.73 | $55.54 |

Page Subtotals: $280.90   $55.54

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0150 - Checking | $96,537.73 | $55.54 | $96,482.19 |
|  | $96,537.73 | $55.54 | $96,482.19 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $14,252.67 |
|---|---|
| Total Net Deposits: | $96,537.73 |
| Total Gross Receipts: | $110,790.40 |

Case:08-11515-SDB   Doc#:108   Filed:01/07/16   Entered:01/07/16 09:24:21   Page:7 of 10

Page Subtotals:     $0.00     $0.00

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-11515
Case Name: THOMAS B. IVEY
Trustee Name: Todd Boudreaux, Trustee

| Balance on hand | $ | 96,482.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Todd Boudreaux, Trustee | $ 8,789.52 | $ 0.00 | $ 8,789.52 |
| Attorney for Trustee Expenses: Todd Boudreaux, Trustee | $ 10,878.00 | $ 0.00 | $ 10,878.00 |
| Accountant for Trustee Fees: Sammy C. Turner | $ 820.00 | $ 0.00 | $ 820.00 |
| Charges: United States Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 20,837.52 |
| Remaining Balance | $ | 75,644.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,167.42  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank/DFS Services LLC | $ 4,881.82 | $ 0.00 | $ 4,881.82 |
| 3 | CAPITAL ONE BANK (US N. A. | $ 1,096.66 | $ 0.00 | $ 1,096.66 |
| 4 | CAPITAL ONE BANK (US N. A. | $ 1,731.67 | $ 0.00 | $ 1,731.67 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | $ 111.60 | $ 0.00 | $ 111.60 |
| 6 | American Express Centurion Bank | $ 1,345.67 | $ 0.00 | $ 1,345.67 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,167.42 |
| | Remaining Balance | | | $ 66,477.25 |

Tardily filed claims of general (unsecured) creditors totaling $ 106,855.49  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  62.2  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Richard Stanley and Susan Deal | $ 106,855.49 | $ 0.00 | $ 66,477.25 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 66,477.25 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE